66 A.3d 44

ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND, Petitioner

v.

Noah Thomas LOWERY–CLUGSTON, Respondent.

Misc. Docket AG No. 76, Sept. Term, 2012.

Court of Appeals of Maryland.

May 7, 2013.

## *ORDER*

Upon consideration of the Joint Petition of the Petitioner Attorney Grievance Commission of Maryland and Respondent Noah Thomas Lowery–Clugston to disbar Respondent, by consent, it is this 7th day of May, 2013, hereby

**ORDERED,** by the Court of Appeals of Maryland, that Respondent Noah Thomas Lowery–Clugston be and he is hereby disbarred by consent from the practice of law in the State of Maryland, and it is further

**ORDERED,** that the Clerk of this Court shall immediately remove the name of Noah Thomas Lowery–Clugston from the register of attorneys in the Court and certify that fact to the Client Protection Fund and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 16–772(d).